JASON M. FRIERSON, NVSBN 7709
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

Geralyn Gulseth
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4819
Facsimile: (415) 744-0134
E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENISE MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:22-CV-01601-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD (*FIRST REQUEST*)** |

　　　　Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), through her undersigned counsel, hereby requests an extension of time to file her answer and Certified Administrative Record (CAR) in this case, for good cause shown. This is the Commissioner's first motion for an extension. The Commissioner's answer and CAR are currently due to be filed by December 5, 2022. The Commissioner requests an extension of 60 days in which to file the answer and CAR, which would move the due date to February 3, 2023. Counsel for Defendant advised counsel for Plaintiff of the need for this extension on December 1, 2022. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

    Defendant makes this request in good faith and for good cause, because the CAR, which must be filed with the answer and is necessary to adjudicate the case, is not yet available.  On December 1, 2022, counsel for Defendant checked the records of the Social Security Administration's Office of Appellate Operations (OAO) in Falls Church, Virginia, which is responsible for producing the CAR that must be filed with the answer, per 42 U.S.C. § 405(g) and (h).  Review of the records indicated that the CAR is not yet final and is still being prepared.

    Accordingly, Defendant requests an extension of 60 days in which to file the answer and CAR, changing the due date for the answer and CAR from December 5, 2022, to February 3, 2023.

Dated: December 5, 2022

Respectfully submitted,

JASON M. FRIERSON
Acting United States Attorney

*/s/ Geralyn Gulseth*
GERALYN GULSETH
Special Assistant United States Attorney

OF COUNSEL:

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 5, 2022

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Leonard Stone
Shook & Stone, Chtd.
710 S Fourth Street
Lasa Vegas, NV 89101
702-385-2220
Email: lstone@shookandstone.com

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway
Suite C115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-8868
Email: marc.kalagian@rksslaw.com

Attorneys for Plaintiff

Dated:  December 5, 2022

*/s/ Geralyn Gulseth*
GERALYN GULSETH
Special Assistant United States Attorney