JASON M. FRIERSON, NVSBN 7709
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

Geralyn Gulseth
Special Assistant United States Attorney
Office of General Counsel – SSA
Office of Program Litigation, Office 7
6401 Security Blvd.
Baltimore, Maryland 21235
Telephone: (510) 970-4819
Facsimile: (415) 744-0134
E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENISE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-CV-01601-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD (*SECOND REQUEST*)** |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), through her undersigned counsel, hereby requests an extension of time to file her answer and Certified Administrative Record (CAR) in this case, for good cause shown. This is the Commissioner's second motion for an extension. The Commissioner's answer and CAR are currently due to be filed by February 3, 2023.

The Commissioner requests another extension of 30 days in which to file the answer and CAR. Counsel for Defendant advised counsel for Plaintiff of the need for this extension on February 2, 2023. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

Defendant makes this request in good faith and for good cause. Since the first extension, the CAR was prepared. Defendant's counsel has reviewed the CAR and needs additional time to consult with the client regarding issues in the case.

Accordingly, Defendant respectfully requests an extension of an additional 30 days in which to respond to Plaintiff's complaint. The new due date would be March 6, 2023.[1]

Dated: February 3, 2023

Respectfully submitted,

JASON M. FRIERSON
Acting United States Attorney

*/s/ Geralyn Gulseth*
GERALYN GULSETH
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: February 6, 2023

---

[1] The 30th day is Sunday, March 5, so the due date in Court would be March 6.

2

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6410 Security Boulevard, Baltimore, Maryland, 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD (*SECOND REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Leonard Stone
Shook & Stone, Chtd.
710 S Fourth Street
Lasa Vegas, NV 89101
702-385-2220
Email: lstone@shookandstone.com

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway
Suite C115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-8868
Email: marc.kalagian@rksslaw.com

Attorneys for Plaintiff

Dated: February 3, 2023

                                            */s/ Geralyn Gulseth*
                                            GERALYN GULSETH
                                            Special Assistant United States Attorney