JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

GERALYN GULSETH CSBN 160872
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Blvd.
Baltimore, Maryland 21235
Telephone: (510) 970-4819
Facsimile: (415) 744-0134
E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENISE MILLER, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2: 22-CV-01601-BNW <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 13, 2023     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

*/s/ Marc V. Kalagian*
MARC V. KALAGIAN
(*as authorized via email on February 13, 2023)
Attorney for Plaintiff

Dated: February 10, 2023     Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Geralyn Gulseth*
GERALYN GULSETH
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

IT IS ORDERED that ECF No. 10 is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to close this case.

**IT IS SO ORDERED**

**DATED:** 9:34 pm, February 14, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway
Suite C115
Santa Fe Springs, CA 90670
562-273-3702
Fax: 562-868-5491
Email: marc.kalagian@rksslaw.com

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 30, 2023

                                         */s/ David Priddy*
                                         DAVID PRIDDY
                                         Special Assistant United States Attorney